People v Douglas (2025 NY Slip Op 01817)

People v Douglas

2025 NY Slip Op 01817

Decided on March 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
WILLIAM G. FORD
DEBORAH A. DOWLING
LAURENCE L. LOVE, JJ.

2024-12961
 (Ind. No. 409/11)

[*1]The People of the State of New York, plaintiff,
v
Richard Douglas, defendant.

Twyla Carter, New York, NY (Nathan R. Brown of counsel), for defendant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Morgan J. Dennehy of counsel), for plaintiff.

DECISION & ORDER
Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County (Miriam Cyrulnick, J.), rendered March 28, 2012.
ORDERED that the application is denied.
The defendant has not established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).
IANNACCI, J.P., FORD, DOWLING and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court